# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0407.  STEVEN EUGENE SMITH v. MARTHA C. CHRISTIAN et al.**

On August 31, 2016, the trial court entered an order dismissing Steven Eugene Smith's petition for mandamus relief. On February 28, 2017, Smith filed a "Certificate of Probable Cause" in the Supreme Court, which construed the filing as an application for discretionary review and transferred the case to us. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment sought to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Smith filed his application 181 days after the trial court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/17/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*